chiwongind

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 12 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00003 |
| Plaintiff. ) | **INDICTMENT** |
| vs. ) | **ALIEN SMUGGLING** |
| CHI WAH WONG, ) | [8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. §2] |
| Defendant. ) | |

THE GRAND JURY CHARGES:

On about December 29, 2004, within the District of Guam and elsewhere, the defendant, CHI WAH WONG, knowingly or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien for the purpose of commercial advantage and private financial gain, to wit: Duan Li to the Guam International Airport, in violation of Title 8, United

//
//
//

States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

Dated this 12th day of January 2005.

A TRUE BILL.

*[signature]*

JEANNETTE ESPIRITU
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
FREDERICK A. BLACK
Assistant U.S. Attorney

*[signature]*
RUSSELL C. STODDARD
First Assistant U.S. Attorney