

U.S. MARSHALS–GUAM
RECEIVED

13 JAN 2005 14 07 00

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

**FILED**

DISTRICT COURT OF GUAM

GUAM JAN 1 8 2005

MARY L.M. MORAN
CLERK OF COURT



UNITED STATES OF AMERICA
V.

SUMMONS IN A CRIMINAL CASE

**CHI WAH WONG**

Case Number: **CR-05-00003**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | 413 |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**Tuesday, January 18, 2005 at 9:45 a.m.** |

To answer a(n)

**X** Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**8:1324(a)(2)(B)(ii) & 18:2 - ALIEN SMUGGLING**

ORIGINAL

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk** | _Marilyn B. Alcon_ |
| Name and Title of Issuing Officer | Signature of Issuing Officer |

**January 12, 2005**

Date

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 1/14/05 |

### Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: DOC Agana (@ U.S. District Courthouse)

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___1/14/05___
Date

Name of United States Marshal: J.L.G. Salas

(by) Deputy United States Marshal

Remarks:

Served DOC Transport @ 15:30
1/14/05