
FILED
DISTRICT COURT OF GUAM

JAN 18 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM



| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00003 |
| Plaintiff, | |
| vs. | O R D E R |
| **CHI WAH WONG,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to January 12, 2005.

Dated this 18th day of January, 2005.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM