# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. CR-05-00003**   **DATE:** 01/18/2005   **TIME:** 10:22 a.m.

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge   Law Clerk: Judith Hattori
Court Reporter: Wanda Miles   Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:22:01 - 10:30:33   CSO: F. Tenorio

**************************APPEARANCES**************************

**DEFT:** CHI WAH WONG   **ATTY:** JOHN GORMAN
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** FREDERICK BLACK   **AGENT:**

**U.S. PROBATION:** CARMEN O'MALLAN   **U.S. MARSHAL:** S. LUJAN / V. ROMAN

**INTERPRETER:** FOO MEE CLINARD   ( ) SWORN   **LANGUAGE:** CHINESE
( X ) PREVIOUSLY SWORN

**PROCEEDINGS:** - INITIAL APPEARANCE
- ARRAIGNMENT

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: FEDERAL PUBLIC DEFENDER, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED   AGE: ___   HIGH SCHOOL COMPLETED: 8 years
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) GUILTY ( X ) NOT GUILTY - TO: COUNT I
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) ACCEPTED ( ) REJECTED
( ) COURT ORDERS PLEA AGREEMENT SEALED
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____
( X ) TRIAL SET FOR: MARCH 9, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( X ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The government requested detention. No objection. GRANTED.

FILED
DISTRICT COURT OF GUAM
JAN 18 2005
MARY L.M. MORAN
CLERK OF COURT