ChiWong.Sup.Ind

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# ORIGINAL



FILED
DISTRICT COURT OF GUAM

FEB 1 6 2005 mbo

MARY L.M. MORAN
CLERK OF COURT



## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00003 |
| | ) | |
| Plaintiff. | ) | **SUPERSEDING INDICTMENT** |
| | ) | |
| vs. | ) | **ALIEN SMUGGLING** |
| | ) | [8 U.S.C. § 1324(a)(2)(B)(ii) |
| CHI WAH WONG, | ) | and 18 U.S.C. § 2, and |
| | ) | 6 U.S.C. §§ 251 & 557] |
| Defendant. | ) | (Counts 1-3) |
| | ) | |

THE GRAND JURY CHARGES:

### COUNT ONE

On about December 29, 2004, within the District of Guam and elsewhere, the defendant,

CHI WAH WONG, knowingly or in reckless disregard of the fact than an alien did not receive

prior official authorization to come to, enter or reside in the United States, did bring and attempt

to bring to the United States an alien for the purpose of commercial advantage and private

financial gain, to wit: Duan Li to the Guam International Airport, in violation of Title 8, United

States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

## COUNT TWO

On about December 29, 2004, within the District of Guam and elsewhere, the defendant, CHI WAH WONG, knowingly or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien for the purpose of commercial advantage and private financial gain, to wit: Jian Feng Chen to the Guam International Airport, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

//

//

//

//

//

//

//

//

//

//

//

//

2

# COUNT THREE

On about November 14, 2004, within the District of Guam and elsewhere, the defendant, CHI WAH WONG, knowingly or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien for the purpose of commercial advantage and private financial gain, to wit: Jian Qin Chen to the Guam International Airport, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

Dated this ___16___ day of February, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

3