IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

FILED
DISTRICT COURT OF GUAM
FEB 16 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00003**             **DATE: 02/16/2005**             **TIME:** 2:04 p.m.

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge     Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                            Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:04:48 - 2:10:20     CSO: J. McDonald

***********************APPEARANCES***************************

**DEFT: CHI WAH WONG**                                 **ATTY: JOHN GORMAN**
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.           (X) PRESENT  ( ) RETAINED  (X) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** FREDERICK BLACK                     **AGENT:**

**U.S. PROBATION:** NONE PRESENT                       **U.S. MARSHAL:** S. LUJAN

**INTERPRETER:** FOO MEE CLINARD    ( ) SWORN    **LANGUAGE:** CHINESE
                                    (X) PREVIOUSLY SWORN

**PROCEEDINGS:** - INITIAL APPEARANCE RE SUPERCEDING INDICTMENT
                 - ARRAIGNMENT

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED    AGE:___    HIGH SCHOOL COMPLETED:_____
(X) DEFENDANT ARRAIGNED
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(X) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  (X) SUPERCEDING INDICTMENT
(X) PLEA ENTERED: ( ) *GUILTY*  (X) *NOT GUILTY* - TO: THE THREE COUNTS IN THE SUPERCEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE:_____
( ) PRELIMINARY EXAMINATION SET FOR:_____
( ) ARRAIGNMENT SET FOR:_____ at _____
(X) TRIAL SET FOR: MARCH 31, 2005 at 1:30 P.M.

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* (X) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defense requested the Court for a new motion hearing and trial date. He stated that he needed additional time to investigate the new allegations made in the superceding indictment. No objection. The Court set trial for March 31, 2005.