IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**CASE NO. CR-05-00003**     **DATE: 03/10/2005**     **TIME: 1:49 p.m.**

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 1:49:15 - 2:17:33

Law Clerk: Judith Hattori
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Benavente

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A P P E A R A N C E S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: CHI WAH WONG**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.

**ATTY: JOHN GORMAN**
(X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK     AGENT: BYRON FARLEY, B.I.C.E.

U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON     U.S. MARSHAL: P. RABINA & R. LUMAGUI

INTERPRETER: FOO MEE CLINARD     ( ) SWORN     LANGUAGE: CHINESE
(X) PREVIOUSLY SWORN

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED     AGE: 49     SCHOOL COMPLETED: 8 YEARS
( ) DEFENDANT ARRAIGNED
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) SUPERCEDING INDICTMENT
(X) PLEA ENTERED: (X) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT I OF THE SUPERSEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(X) PLEA AGREEMENT FILED: 02/24/2005     PLEA: (X) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

(X) SENTENCING DATE: JUNE 1, 2005 at 9:30 a.m.     ( ) STATUS HEARING:_____ at _____
(X) PRESENTENCE REPORT ORDERED AND DUE: May 4, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

ACKNOWLEDGED RECEIPT
By: _____
Date: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* (X)*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court noted that the defendant executed a written consent for his change of plea before a Magistrate Judge.

Pen and ink change in the plea agreement, page 1, line 19, insert "Count I of a Superseding" between the words "to" and "an". Delete the word "an" on that line. Parties had no objections to the change.

The Court executed the Report and Recommendation Concerning Plea of Guilty.

Courtroom Deputy: _____