FILED
DISTRICT COURT OF GUAM

MAY 27 2005

MARY L.M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHI WAH WONG,<br><br>Defendant. | Criminal Case No. 05-00003<br><br>ORDER |

The sentencing hearing in this case is presently scheduled for June 1, 2005. Due to the scheduling needs of the Court IT IS HEREBY ORDERED that the sentencing hearing be rescheduled to June 9, 2005, at 9:30 A.M. before the Honorable Ricardo S. Martinez.*

SO ORDERED this 27th day of May, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

*The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington by designation.