

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
CHI WAH WONG

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00003 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | EXTENDING SENTENCING DATE |
| vs. ) | |
| ) | |
| CHI WAH WONG, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER EXTENDING SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for June 8, 2005 be continued for approximately three months or a date convenient for the Court's calendar.

The parties request this new Sentencing date as defendant is cooperating with the Government and the additional time is necessary to allow the government to fully access and assess the scope and nature of the defendant's cooperation.

//

IT IS SO STIPULATED:

DATED: Mongmong, Guam, May 27, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
CHI WAH WONG

_____
FREDERICK A. BLACK
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED that the Sentencing Hearing currently scheduled for June 1, 2005, at 9:30 a.m. be rescheduled to __Thursday, September 1,__, 2005, at __9:30__ __a__.m:

DATED: Hagatna, Guam, _May 31, 2005_.

_____
JOAQUIN V.E. MANIBUSAN, Jr.
Magistrate Judge
District of Guam

RECEIVED
MAY 31 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM