JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120



**FILED**
DISTRICT COURT OF GUAM

AUG 3 0 2005

MARY L.M. MORAN
CLERK OF COURT

Attorney for Defendant
CHI WAH WONG

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00003 |
| | ) | |
| Plaintiff, | ) | STIPULATION EXTENDING |
| | ) | SENTENCING DATE |
| vs. | ) | |
| | ) | |
| CHI WAH WONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION AND ORDER EXTENDING SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for September 1, 2005, at 9:30 a.m. be continued for approximately one month or a date convenient for the Court's calendar.

The parties request this new Sentencing date as defendant is cooperating with the Government and the additional time is necessary to allow the government to fully access and assess the scope and nature of the defendant's cooperation.

//

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 30, 2005.

JOHN T. GORMAN
Attorney for Defendant
CHI WAH WONG

FREDERICK A. BLACK
Attorney for Plaintiff
UNITED STATES OF AMERICA