JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
CHI WAH WONG



**FILED**
DISTRICT COURT OF GUAM

AUG 3 0 2005 ᑎᑭ

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00003 |
| ) | |
| Plaintiff, ) | ORDER re STIPULATION TO EXTEND |
| ) | SENTENCING HEARING DATE |
| vs. ) | |
| ) | |
| CHI WAH WONG, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Stipulation filed on August 30, 2005, to continue the Sentencing Hearing to

_____, 2005, at _____.m., is HEREBY

APPROVED AND SO ORDERED.

DATED: Hagatna, Guam, _____.

*[signature]* 8/31/05

_____
S. JAMES OTERO*
District Court of Guam

---

*The Honorable S. James Otero, United States District Judge for Central District of California, by designation.