UNITED STATES DISTRICT COURT
District of Guam

United States of America,
        Plaintiff,

Vs.

CHI WAH WONG
        Defendant.

NOTICE OF APPEAL

D.C. Docket Number: CR 05-00003

S. James Otero, District Court Judge

Notice is hereby given that __CHI WAH WONG__ appeals to the United States Court of Appeals for the Ninth Circuit from the

☐ Conviction only (Fed. R. Crim. P. 32(b))
☑ Conviction and Sentence
☐ Sentence only (18 U.S.C. § 3742)
☐ Order (specify) _____

_____ entered in this action on _____.

Sentence imposed: 36 months incarceration; to be handed over to immigration authorities for deportation following service of the sentence; $100 special assessment

Bail Status: Incarcerated.

Date: September 2, 2005

Address: John T. Gorman
Office of the Federal Public Defender
400 Route 8, Suite 501
First Hawaiian Bank Building
Mongmong, Guam 96910
(671) 472-7111

Name of Court Reporter: **Wanda Miles**    Transcript Required: ☑ Yes   ☐ No
If yes, date ordered or to be ordered   9/1/2005   (including arrangements for payment with court reporter.)

If transcript required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.

**ORIGINAL**