UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 17 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10605 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00003-SJO District of Guam, Agana |
| v. | |
| CHI WAH WONG, | ORDER |
| Defendant - Appellant. | |

**FILED**
DISTRICT COURT OF GUAM
OCT 18 2005
MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner

The motion of the Federal Public Defender to withdraw as appellant's appointed counsel is granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Renee Martinez, Deputy Clerk, District Court of Guam, Office of the Clerk, 4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagatna, Guam 96910, (FAX: 671- 473-9152), who will locate appointed counsel. The district court shall provide this court with the name and address of appointed counsel within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by November 15, 2005. The transcript is due December 15, 2005. Appellant's opening brief and excerpts of record are due January 24, 2006; appellee's answering brief is due February 23, 2006; and the optional reply brief is due within 14 days after service of the answering brief.

05-10605

The Clerk shall serve this order on former counsel.

*Peter L. Shaw*
General Order 6.3(e)