FILED
DISTRICT COURT OF GUAM
OCT 18 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>CHI WAH WONG,<br><br>        Defendant. | CRIMINAL CASE NO. 05-00003<br><br>ORDER |

Pursuant to an Order from the United States Court of Appeals for the Ninth Circuit, the Court hereby appoints Attorney Rawlen M. Mantanona to represent the defendant on appeal.

SO ORDERED this 18th day of October, 2005.

/s/ Joaquin V.E. Manibusan, Jr.
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**