# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Chi Wah Wong, <br><br> Defendant. | Case No. 1:05-cr-00003 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 and CJA 21 Vouchers filed November 23, 2005*, on the dates indicated below:

*Rawlen Mantanona*
*November 23, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 and CJA 21 Vouchers filed November 23, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 23, 2005         /s/ Marilyn B. Alcon
                                                    Deputy Clerk