UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAR 17 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10605 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00003-SJO |
| v. | District of Guam, Hagatna |
| CHI WAH WONG, | ORDER |
| Defendant - Appellant. | |

**FILED**
DISTRICT COURT OF GUAM
MAR 21 2006
MARY L.M. MORAN
CLERK OF COURT

Pursuant to the stipulation filed by the parties, this appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court:

*Adrienne H. Hickman*
Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\03.06\ahh\05-10605.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 17 2006

by:
Deputy Clerk